AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

LUMUS CONSTRUCTION, INC.

V.

ATLAS STEEL STRUCTURES, LLC

**SUMMONS IN A CIVIL CASE**

CASE NU[redacted] 05 158 /ML

TO: (Name and address of Defendant)

ATLAS STEEL STRUCTURES, LLC
c/o Sean McGregor, Agent For Service
1000 Peachtree Industrial Blvd., #6156
Suwanee, GA 30024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Heald, Esq.
Roger N. LeBoeuf, Esq.
Heald & LeBoeuf, Ltd.
58 Weybosset Street; Ste. 606
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK — Francis McCabe

DATE 4/15/05

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________________

Date Signature of Server

______________________________

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUMUS CONSTRUCTION, INC., Plaintiff, | |
| v. | C.A. No. 05-158ML |
| ATLAS STEEL STRUCTURES, LLC, Defendant. | |

AFFIDAVIT OF SERVICE

I, Roger N. LeBoeuf, Esq., being duly sworn upon oath depose and say as follows:

1. I am an attorney with Heald & LeBoeuf, Ltd. and have personal knowledge of the facts stated herein.

2. On April 28, 2005, I mailed a copy of the Summons and Complaint to Atlas Steel Structures, LLC, c/o Sean McGregor, Agent for Service, 1000 Peachtree Industrial Blvd., #6156,Suwanee, GA 30024 by certified mail # 7099 3400 0005 6295 0867, return receipt requested. True and accurate copies of the letter, certified mail receipt along with the original Summons are attached as Exhibit "A".

3. On May 2, 2005, the certified mail was delivered and signed for by Atlas Steel Structures, LLC. Copy of "green card" attached as Exhibit "B".

[signature]
Roger N. LeBoeuf

Subscribed and sworn to before me in PROVIDENCE, Rhode Island, this 10th day of MAY, 2005.

[signature] ID# 55305
Notary Public
My Commission Expires:
4/25/09

**HEALD & LEBOEUF, LTD.**
ATTORNEYS AT LAW

606 OLD COLONY HOUSE
58 WEYBOSSET STREET
PROVIDENCE, RHODE ISLAND 02903-2817

(401) 421-1500 •' FAX (401) 331-5886
E-MAIL TWH@HEALDANDLEBOEUF.COM

THOMAS W. HEALD*†
ROGER N. LEBOEUF*
WILLIAM E. SANFORD, III*

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN DISTRICT OF COLUMBIA

April 28, 2005

Atlas Steel Structures, LLC
c/o Sean McGregor, Agent For Service
1000 Peachtree Industrial Blvd., #6156
Suwanee, GA 30024

Re: Lumus Construction, Inc. v. Atlas Steel Structures, Inc.
United States District Court for the District of Rhode Island
C.A. No. 05-158ML

Dear Mr. McGregor:

Enclosed please find a copy of a Summons and Complaint in the above captioned matter which is served upon you in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Sincerely,

Roger N. LeBoeuf

Enclosure

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7099 3400 0005 6295 0867

3400 0005 6295 0867
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage P...
Article Sent To:
Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.88
Name (Please Print Clearly) (to be completed by mailer) Atlas Steel c/o Sean McGregor
Street, Apt. No.; or PO Box No. 1000 Peachtree Industrial Blvd #6156
City, State, ZIP+4 Suwanee, GA 30024
USPS PROVIDENCE RI JOHNSTON BRANCH APR 28 2005 Postmark

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atlas Steel Structures LLC
c/o Sean McGregor, Agent for Service
1000 Peachtree Industrial Blvd.
# 61566
Suwanee, GA 30024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Shohnna Williams

C. Date of Delivery 5-2-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7099 3400 0005 6295 0867

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-15

**EXHIBIT B**