**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUMUS CONSTRUCTION, INC.,<br>Plaintiff,<br>v.<br>ATLAS STEEL STRUCTURES, LLC,<br>Defendant. | C.A. No. 05-158ML |

AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT FOR FAILURE TO PLEAD OR OTHERWISE DEFEND

I, Roger N. LeBoeuf, Esq., being duly sworn, depose and say that I am the duly authorized agent of Plaintiff and attorney of record, and have personal knowledge of the facts set forth in this Affidavit:

1. That the Plaintiff herein, on April 28, 2005, served Defendant Atlas Steel Structures, LLC with a Complaint and Summons. My Affidavit of Service on Defendant, Atlas Steel Structures, LLC is on file with this Court.

2. That the Complaint was filed with the court on April 15, 2005.

3. That more than twenty (20) days have elapsed since service of said Summons and Complaint.

4. That the Defendant has failed to plead or otherwise defend against the Plaintiff's Complaint.

5. That, to the best of my knowledge and belief, the Defendant is not an infant or incompetent.

6. That this Affidavit is executed by your affiant in accordance with Rule 55(a) of the Rules of Civil Procedure for the purpose of enabling Plaintiff to obtain an Entry of Default against Defendant Atlas Steel Structures, LLC for failure to plead or otherwise defend the Plaintiff's Complaint.

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

SUBSCRIBED AND SWORN TO BEFORE ME AT Providence,

this 9th day of June, 2005.

Notary Public
My Comm. Expires: 9/08/2005