**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LUMUS CONSTRUCTION, INC., Plaintiff, | |
| v. | C.A. No. 05-158ML |
| ATLAS STEEL STRUCTURES, LLC, Defendant. | |

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now comes the Plaintiff, Lumus Construction, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and hereby makes application to the Clerk for Entry of Default against the Defendant Atlas Steel Structures, LLC for failure of said Defendant to plead or otherwise defend Plaintiff's complaint.

The facts underlying Defendant's failure to plead or otherwise defend Plaintiff's complaint are set forth in the Affidavit attached hereto and made a part hereof.

Pending entry of default and this Court's ruling on Plaintiff's Motion For Admission Pro Hac Vice, Plaintiff will thereafter file a separate Motion For Entry Of Default Judgment with this Court pursuant to Fed R. Civ. P. 55(b)(2).

LUMUS CONSTRUCTION, INC.
By Its Attorney,

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Date: June 9, 2005

DEFAULT HEREBY ENTERED:

DEPUTY CLERK 6·10·05