FILED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUMUS CONSTRUCTION, INC.
Plaintiff(s)

v.

C.A. No. 05-158ML

ATLAS STEEL STRUCTURES, LLC
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/XXXXXXX Lumus Construction, Inc. hereby moves that Lewis R. Lear be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______ counsel specializes:

X • Plaintiff counsel's long-standing representation of the client: Lumus Construction, Inc.

- The local trial bar lacks experience in the field of: ______.

- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______.

- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.

- It is a criminal case, and ______ counsel is defendant's counsel of choice.

- Other: ______.

(Plaintiff/XXXXXXX)
By: Roger N. LeBoeuf #5208
Attorney for Plaintiff

DATED: 6/9/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Ct. D. Mass, Southern and Eastern Districts, and that my eligibility to practice before those courts has not been restricted in any way. of New York, U.S. Court of Appeals First Circuit and U.S. Court of Appeals for the Federal Circuit

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Lewis R. Lear *Lewis R. Lear* | Roger N. LeBoeuf |
| Name | Local Associate Counsel |
| | R.I. Bar ID # 5208 |
| City, Hayes & Dissette, P.C. | Heald & LeBoeuf, Ltd. |
| Firm Name | Firm Name |
| 50 Congress Street | 58 Weybosset Street, Ste. 606 |
| Business Address | Business Address |
| Boston, MA 02109 | Providence, RI 02903 |
| 617-523-3050 (Tel. #) 617-523-5612 (Fax #) | 401-421-1500 (Tel. #) 401-331-5886 (Fax #) |

---

**Order :** This motion is hereby *Granted*.

*Mary M. Lisi*
U.S. District Judge
Date: *6/23/05*

pro hac vice motion (rev.3/05)