UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUMUS CONSTRUCTION

v. CA 05-158ML

ATLAS STEEL STRUCTURES, LLC.

ORDER

The above-captioned case was filed on April 15, 2005 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 30 , 2005

Entered as an Order of this Court on September 30 , 2005

Barbara Barletta
Deputy Clerk