UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUMUS CONSTRUCTION, INC.,

Plaintiff,

v. : C.A. No. 05-158ML

ATLAS STEEL STRUCTURES, LLC,

Defendant.

MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff, Lumus Construction, Inc. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and hereby moves for entry of default judgment against the Defendant Atlas Steel Structures, LLC in the amount of $64,322.94 plus interest and costs.

In support of this motion, this Court is referred to the memorandum of law, Affidavit of Brad Beisswanger and exhibits attached hereto.

LUMUS CONSTRUCTION, INC.
By Its Attorney,

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Of Counsel:

Lewis R. Lear By RNL

Lewis R. Lear, Esq.,
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050 (telephone)
(617) 523-5612 (facsimile)

CERTIFICATION

I hereby certify that I have served a true copy of the within Motion upon Atlas Steel Structures, LLC, c/o Sean McGregor, Agent For Service, 1000 Peachtree Industrial Blvd., #6156, Suwanee, GA 30024 on this 4th day of October, 2005.

____________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LUMUS CONSTRUCTION, INC., Plaintiff, | |
| v. | C.A. No. 05-158ML |
| ATLAS STEEL STRUCTURES, LLC, Defendant. | |

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF, LUMUS CONSTRUCTION, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Lumus Construction, Inc., ("Lumus") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby moves for entry of default judgment against the Defendant Atlas Steel Structures, LLC ("Atlas") in the amount of $64,322.94.

Lumus filed this action against Atlas on April 15, 2005. Lumus alleges that Atlas breached contracts with Lumus on two construction projects, "Building 1246, Naval Undersea Warfare Center, Newport, Rhode Island" and "Building 119, Naval Undersea Warfare Center, Newport, Rhode Island."

Lumus served Atlas with a summons and Complaint on April 28, 2005. An Affidavit of Service is on file with the Court. Atlas did not serve an answer to the Complaint. Accordingly, on June 9, 2005 Lumus filed an Application To Clerk For Entry Of Default pursuant to Fed. R. Civ. P. 55(a).[1] The Clerk entered default against Atlas on June 10, 2005.

Lumus' motion for entry of default judgment is supported by the attached Affidavit of Brad Beisswanger. Mr. Beisswanger is Lumus' Operations Manager. As set forth in Mr. Beisswanger's Affidavit, the damages that Lumus has suffered on account of

[1] Lumus did not set forth in the Complaint the sum certain that it was owed by Atlas and therefore could only apply for entry of default pursuant to Rule 55(a).

Atlas' actions on the two construction projects is $64,322.94. The amount owed is supported by the detailed testimony in Mr. Beisswanger's Affidavit.

The amount owed is also supported by numerous documents referred to in paragraph 2 of Mr. Beisswanger's Affidavit including the Lumus / Atlas subcontract, change orders, checks, worksheets, certified payrolls, certified production reports, and claims from some of Atlas' subcontractors that Lumus was required to pay. The supporting documents are approximately 70 pages in length and if filed would violate Amended General Order # 2002-01. Lumus therefore has not filed the supporting documents but can make these documents available to the Court upon request.

Wherefore, for the above noted reasons, including the reasons set forth in the Affidavit of Brad Beisswanger, Lumus Construction, Inc. requests that this Court grant its Motion For Entry Of Default Judgment and enter judgment in its favor in the amount of $64,322.94 plus interest and costs.

LUMUS CONSTRUCTION, INC.
By Its Attorney,

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Of Counsel:

Lewis R Lear (By RNL)

Lewis R. Lear, Esq.,
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050 (telephone)
(617) 523-5612 (facsimile)

CERTIFICATION

I hereby certify that I have served a true copy of the within Motion upon Atlas Steel Structures, LLC, c/o Sean McGregor, Agent For Service, 1000 Peachtree Industrial Blvd., #6156, Suwanee, GA 30024 on this 4th day of October, 2005.