**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LUMUS CONSTRUCTION, INC., Plaintiff, | ) | |
| v. | ) | C.A. 05-158 (ML) |
| ATLAS STEEL STRUCTURES, LLC, Defendant. | ) | |

## AFFIDAVIT OF BRAD BEISSWANGER

Brad Beisswanger, being duly sworn, hereby deposes and says:

1. I am the Operations Manager for plaintiff Lumus Construction, Inc. ("Lumus"). As Operations Manager, I have general oversight responsibility to assure that project performance for all of Lumus' construction projects is carried out in accordance with the contract requirements and to the Owner's satisfaction, and that all projects are brought to completion as timely as possible and within budget. In this capacity, I have gained personal knowledge of the data and information in connection with the damages that Lumus seeks to recover against defendant Atlas Steel Structures, LLC ("Atlas") and the underlying issues giving rise to Lumus' claims against Atlas. I therefore submit this Affidavit in support of the damages claimed by Lumus at the Court's hearing on assessment of damages.

2. The damages Lumus has suffered on account of Atlas' actions which Lumus seeks to recover against the defendant total **$64,322.94**. The calculation of this

sum is explained in further detail below. I relied on the following documents in calculating the damages and in support of this Affidavit:

- Lumus / Atlas Subcontract showing the base Subcontract price of $147,823.00;
- Four Change Orders increasing the Subcontract price by a total of $46,811.00;
- Copies of Lumus checks made payable to Atlas showing the progress payments to Atlas for its work on the Building 119 Projects totaling $160,187.00;
- The Summary previously prepared by Lumus showing the cost breakdown for the labor and material involved to complete Altas' work;
- The Prime Contractors' Worksheet prepared by Lumus showing the cost breakdown for the labor and material involved to complete Altas' work;
- The Subcontractor's Worksheet previously prepared by Lumus showing the cost breakdown for the labor and material involved to complete Altas' work;
- Lumus' certified payrolls in connection with the labor costs it was forced to incur on account of Atlas' breach of contract;
- Lumus' Contractor Production Reports which show the hours that Lumus was forced to use its "lull" to assist in the performance of Atlas' work and to complete Atlas' work;
- The subcontract and invoice relating to the work performed by Palma Doors, Inc. paid by Lumus;
- The invoices relating to the work performed by Thomson Mechanical Contractors, Inc. paid by Lumus;
- The proposal and subcontract relating to the work performed by Oneway Painting & Roofing, Inc. which Lumus paid; and
- Miller Act bond claim of A & S Building Systems Division of NC, Building Systems, L.P., Inc. (Exhibit "A" attached).

Background Facts:

3. As alleged in Lumus' Complaint, this lawsuit involves two different construction projects on which Lumus was the general contractor and Atlas was a subcontractor to Lumus. Both projects were awarded by U.S. Department of the Navy ("Navy") and were located at the Naval Undersea Warfare Center in Newport, Rhode Island. The projects were to be used by the Navy for housing certain equipment and to conduct research and development in support of the Navy's Advance Submarine Launch Facility. On both projects, Lumus entered into subcontracts with Atlas to supply and erect the metal buildings to be added to two existing buildings on the base as required by Lumus' Contracts with the Navy.

4. The first project, awarded by the Navy to Lumus on July 30, 2003, involved the design and construction of a metal enclosure for a 288 c.f. high pressure air flask as an addition attached to the northwest end of Building 1246 on the Naval Undersea Warfare Center (the "Building 1246 Project"). Thereafter, Lumus entered into its subcontract with Atlas with a subcontract price of $64,699.00. The second project, awarded by the Navy to Lumus on September 30, 2003, involved the design and construction of a "High Bay" addition to Building 119 on the Naval Undersea Warfare Center (the "Building 119 Project"). Thereafter, Lumus entered into its subcontract with Atlas with a subcontract base price of $147,823.00 which was adjusted upward to $194,634.00 by written change orders.

Damages Suffered by Lumus on the Building 119 Project – **$45,617.25**:

5. Lumus' damages resulting from Atlas' breach of contract total **$45,617.25**. The damages are calculated as follows:

| | |
|---|---|
| Atlas' Base Subcontract Price | $147,823.00 |
| Change Orders | $46,811.00 |
| Adjusted Subcontract Price | $194,634.00 |
| Lumus' Payments to Atlas | ($160,187.00) |
| Atlas' Subcontract Balance | $34,447.00 |
| Lumus' Costs to Complete Atlas' Work | ($20,904.53) |
| Atlas' Adjusted Subcontract Balance | $13,542.47 |
| Bond Claim Filed by A & S Building Systems (Atlas' Supplier) Against Lumus' Payment Bond Because of Atlas' Failure to Pay A & S in Full | $59,159.72 |
| Less Atlas' Adjusted Subcontract Balance | ($13,542.47) |

**LUMUS' TOTAL DAMAGES AGAINST ATLAS: $45,617.25**

6. After Atlas failed to complete its remaining work on the Building 119 Project and thereafter was terminated by Lumus, Atlas' subcontract work had to be finished by Lumus and replacement subcontractors. The total cost to complete Atlas' work was $20,904.53. The following chart provides the detail of the $20,904.53 in costs incurred by Lumus:

| **Item** | **Amount** |
|---|---|
| Lumus' labor, equipment and material costs (excluding insurance, taxes, fringe benefits and field overhead) | $2,838.47 |
| Lumus' insurance, taxes and fringe benefits paid on labor | $654.63 |
| Lumus' field overhead | $349.31 |
| Lumus' payments to Palma Doors, Inc. for installation of overhead doors | $12,496.00 |
| Lumus' payments to Thomson Mechanical Contractors, Inc. for installation of overhead doors | $862.00 |

| | |
|---|---|
| Lumus' payments to Oneway Painting & Roofing, Inc. for painting the overhead door jambs | $900.00 |
| Lumus' overhead markup on its subcontractor costs (as per contract) | $712.90 |
| Lumus' home office overhead | $115.27 |
| Lumus' markup for profit on its subcontractor costs (as per contract) | $1,810.04 |
| Lumus' bond premium costs (as per contract) | $165.91 |
| **TOTAL:** | **$20,904.53** |

7. In addition to the above costs incurred by Lumus, Atlas has failed to pay A & S Building Systems Division of NC, Building Systems, L.P. Inc. ("A & S"), the vendor which supplied Atlas with the pre-engineered steel building and related materials for the Building 119 Project, even though Atlas was paid its contract monies by Lumus which included the costs associated with the materials furnished by A & S. Notwithstanding the written demands to Atlas to make payment of the outstanding balance shown on the A & S invoices to be $59,159.72 for the materials A & S supplied, Atlas has refused and/or ignored said demands and has failed to make payment. As a consequence, A & S, through legal counsel, has filed a claim in the sum of $59,159.72 against the labor and materials payment bond that Lumus furnished for the Building 119 Project and has threatened to commence a "Miller Act" action in federal court if the claim is not paid. Annexed hereto as Exhibit "A" is the "Miller Act" bond claim that A & S has submitted to Lumus' surety, International Fidelity Insurance Company. Because of the bond claim asserted by A & S against Lumus' surety, Lumus must now pay A & S its claim in the sum of $59,159.72, which sum Atlas owes to A & S in the first instance.

Damages Suffered by Lumus on the Building 1246 Project – **$18,705.69**:

8. Lumus' damages resulting from Atlas' breach of contract total **$18,705.69**. These damages were incurred when Atlas failed to undertake responsive measures under its contractual warranty obligations to cure a problem with the Building 1246 radius panel which, in March, 2005, detached and "popped out" at certain points where it was adhered to the metal structure. When Atlas failed to respond to Lumus' several requests to remediate, Lumus was forced to undertake the remediation using its own forces and equipment, the cost of which came to $18,705.69.

9. The following chart provides the detail of the $18,705.69 in remediation costs incurred by Lumus:

| **Item** | **Amount** |
|---|---|
| Lumus' material costs | $3,505.00 |
| Lumus' labor costs (excluding insurance, taxes, fringe benefits and field overhead) | $7,865.00 |
| Lumus' insurance, taxes and fringe benefits paid on labor | $2,899.83 |
| Rental equipment (Sissor Lift, including the delivery and pickup charges of $150.00) | $630.00 |
| Lumus' field overhead | $1,489.98 |
| Lumus' home office overhead | $491.69 |
| Lumus' markup for profit on its subcontractor costs (as per contract) | $1,638.98 |
| Lumus' bond premium costs (as per contract) | $185.20 |
| **TOTAL:** | **$18,705.69** |

Total Damages:

10. The total damages sustained by Lumus on account of the breaches of contract by Atlas are **$64,322.94**. This amount constitutes the sum of the $45,617.25 in damages sustained on the Building 119 Project and the $18,705.69 in damages sustained on the Building 1246 Project.

Sworn under the pains and penalties of perjury this 3rd day of October, 2005.

Brad Beisswanger