**HOOVER SLOVACEK LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
SAN FELIPE PLAZA
5847 SAN FELIPE, SUITE 2200
HOUSTON, TEXAS 77057-3918
(713) 977-8686
FAX (713) 977-5395

PATRICK D. SULLIVAN
PARTNER

sullivan@hooverslovacek.com

REPLY TO:
P.O. BOX 4547
HOUSTON, TEXAS 77210-4547

May 18, 2005

***Via Certified Mail***
***Return Receipt Requested***
***No. 7160 3901 9849 0641 9610***
U.S. Navy
Route 114
Newport, Rhode Island 02841

***Via Certified Mail***
***Return Receipt Requested***
***No. 7160 3901 9849 0641 9627***
***And Via Facsimile - 1-781-935-5655***
Lumus Construction, Inc.
56 Cummings Park
Woburn, Massachusetts 01801-2124

***Via Certified Mail***
***Return Receipt Requested***
***No. 7160 3901 9849 0641 9672***
Mr. Frank Tanzola
International Fidelity Insurance
800 Hingham Street, Suite 2055
Rockland, Massachusetts 02370

***Via Certified Mail***
***Return Receipt Requested***
***No. 7160 3901 9849 0641 9689***
Mr. Sean McGregor
Atlas Steel Structures LLC
1000 Peachtree Inc. Blvd., Suite 6256
Suwanee, Georgia 30024

Re: Claims held by A&S Building Systems ("A&S") against Lumus Construction ("Lumus"), Atlas Steel Structures, LLC ("Atlas") and U.S. Navy for materials provided by A&S to the U.S. Navy for the Hi-Bay Project (the "Project")

Government Contract No. N62472-02-D-0046; D/O #0013

Gentlemen:

The undersigned attorney and law firm have been retained by A&S concerning the above referenced matter. All further communications should be directed to the undersigned.

Pursuant to the Miller Act, on or about March 8, 2004, Lumus, Atlas and the U.S. Navy were placed on notice of A&S's claim in the amount of $59,159.72. Attached hereto for your reference is a copy of the same. As is evidence by the correspondence, said notice was provided well within the ninety-day period required under the Miller Act. Two additional deliveries were made as late as February 18, 2005 in the amounts of $833.50 and $554.45. Accordingly, A&S holds a valid claim which, pursuant to Title 4, U.S.C.S. § 3131 (2005), is entitled to satisfaction through the payment bond issued by International Fidelity Insurance ("IFI") for the benefit of Lumus and "all persons supplying labor and material and carrying out the work provided for in the contract" with regard to the Project.

**EXHIBIT A**

As is evidence by the invoices attached hereto, A&S's last delivery of goods to the Project was on or about February 18, 2005. Said invoices reference the materials which were delivered and, additionally, the amounts which are due and owing. To date, the subcontractor, Atlas, has failed to pay the sums which are due and owing.

Accordingly, demand is hereby made upon IFI, pursuant to 40 U.S.C.S., § 3131(b)(2), for satisfaction under the payment bond of the sums due and owing to A&S in the amount of $60,547.67, plus $1,000.00 in attorneys fees, for a total due and owing of $61,547.67. **Attached hereto is an IFI Proof of Claim Form related to the same.** In the event that said sums are not paid in the immediate future, A&S will have no other choice than to file suit in the name of the United States to seek recovery of all sums which are due and owing, and include IFI, Lumus and Atlas as parties to the same.

**Demand is hereby made to all addressees that a copy of the bond covering the above-reference Project be forwarded to the undersigned within ten (10) days of the date of this correspondence.**

This letter should not be construed as a reflection of the debtor's integrity, but has been prepared for the purposes of complying with the notice provisions of the Miller Act. I look forward to receiving prompt payment in the immediate future.

Yours very truly,

**HOOVER SLOVACEK LLP**

Patrick D. Sullivan

PDS/pjl:466411
Enclosure
411059-04

Surety Bonds Since 1904
International Fidelity
INSURANCE COMPANY

One Newark Center
Newark, New Jersey 07102
(973) 624-7200

CALLED 3/15/05
LEFT VOICE MAIL
FOR FRANK TANZOLA
EXPLAINING WE HAVE
PAID ATLAS STEEL.

March 10, 2005

Lumus Construction, Inc.
56 Cummings Park
Woburn, MA 01801

| | | |
|---|---|---|
| **Re:** | **Principal:** | **Lumus Construction, Inc.** |
| | **Bond No.:** | **NEIFSU0342435** |
| | **Obligee:** | **Department of Navy** |
| | **Project:** | **Contract No. N62472-02-D-0046-0001** |
| | **Claimant:** | **A&S Building Systems Division of NC** |

Dear Sir or Madam:

Enclosed you will find Mr. Stutchfield's letter of March 8, 2005, regarding the captioned matter.

We have sent a Proof of Claim form to the claimant. When the document and attachments are returned to us, we will forward a complete copy for your review.

At this time, we remind you of your obligations as set forth under the terms and conditions of the Agreement of Indemnity, which you have executed.

Should you have any questions, please contact me at extension 216. This letter is sent without prejudice to the rights of the Surety and shall not constitute a waiver or release of any of its rights, defenses, claims or setoffs.

Very truly yours,

**INTERNATIONAL FIDELITY INSURANCE COMPANY**

Frank Tanzola
Assistant Vice President, Claims

cc: Boston Regional

WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com

TO: Brian Bragg HO Claims
Fom: Margit Ronnlund
FAXED 3/9/05

March 8, 2005

Via Registered Mail,
return receipt requested

Our File No. 05-0810

Lumus Construction, Inc.
56 Cummings Park
Woburn, MA 01801-2124

Re: Government Contract N62472-02-D-0046
D/O #0013
US Navy
Route 114
Newport, RI 02841

Dear Sir or Madam:

Please be advised that this firm represents the A & S Building Systems Division of NC, Building Systems, L.P. Inc.

Within the last 90 days, A & S Building Systems has supplied $59,159.72 worth of materials to Atlas Steel Structures, LLC. for the above project. These materials consist of a pre-engineered steel building and related materials as described in the attached invoice.

A & S Building Systems has not been paid for these materials, therefore, demand is hereby made upon Lumus Construction, Inc., for immediate payment of the sum of $59,159.72. If timely payment is not made, our client intends to file suit under the Miller Act in accordance with the terms and conditions of the Payment Bond.

Very truly yours,

WINOGRAD, SHINE & ZACKS, P.C.

E. Martin Stutchfield
emstutchfield@wszlaw.com

EMS/cg
Enc.
cc: International Fidelity Insurance Company
800 Hingham Street, Suite 2055
Rockland, MA 02370
cc: Atlas Steel Structures, LLC.
1000 Peachtree Ind. Blvd., Suite 6256
Suwanee, GA 30024

A&S BUILDING SYSTEMS
1880 HIGHWAY 116 CARYVILLE, TN 37714
(865) 426-2141
FAX (865) 426-2011

INVOICE 120620
PAGE 1
DATE 12/14/04
SALESMAN HERNDON, SHANNON L
REGULAR INVOICE
Tax ID 1: 62-1664436

SOLD TO

35540 Tax ID 1:
SEAN MCGREGOR
ATLAS STEEL STRUCTURES
LLC
1000 PEACHTREE IND. BLVD.
SUITE 6156
SUWANEE GA 30024
USA

SHIP TO:

11
NAVY
RTE 114
NEWPORT RI 02841
USA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9040035 | | | | | 0.00 | | COD CASHIER CHK |

| DESCRIPTION | QUANTITY | | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| BUILDING(S) PER CONTRACT | 1.00 | DOL | 82,230.000 | 82,230.00 |
| Building #(1) 40 x 100 x 36 | 1.00 | EA | | |

YOU MAY DEDUCT $1,644.60 DISCOUNT

AT NO TIME IS IT ACCEPTABLE TO DEDUCT A BACKCHARGE OR SHORTAGE FROM AN INVOICE.
If you have a backcharge or shortage please call cust service at 1-800-274-2100.

[redacted]

| | |
|---|---|
| SALES AMOUNT | 82,230.00 |
| MISC. CHARGE | 0.00 |
| FREIGHT | 3,770.00 |
| SALES TAX | 0.00 |

TOTAL P.02