n/o response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LUMUS CONSTRUCTION, INC.,

Plaintiff,

v. C.A. No. 05-158ML

ATLAS STEEL STRUCTURES, LLC,

Defendant.

MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff, Lumus Construction, Inc. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and hereby moves for entry of default judgment against the Defendant Atlas Steel Structures, LLC in the amount of $64,322.94 plus interest and costs.

In support of this motion, this Court is referred to the memorandum of law, Affidavit of Brad Beisswanger and exhibits attached hereto.

LUMUS CONSTRUCTION, INC.
By Its Attorney,

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (facsimile)

Granted.
Mary M. Lisi
US DJ 10/21/05

Of Counsel:

Lewis R. Lear (By RNL)

Lewis R. Lear, Esq.,
City, Hayes & Dissette, P.C.
50 Congress Street
Boston, MA 02109
(617) 523-3050 (telephone)
(617) 523-5612 (facsimile)

CERTIFICATION

I hereby certify that I have served a true copy of the within Motion upon Atlas Steel Structures, LLC, c/o Sean McGregor, Agent For Service, 1000 Peachtree Industrial Blvd., #6156, Suwanee, GA 30024 on this 4th day of October, 2005.

______________________