RECEIVED

OCT 24 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LUMUS CONSTRUCTION, INC.,

Plaintiff,

v.

ATLAS STEEL STRUCTURES, LLC,

Defendant.

C.A. No. 05-158ML

JUDGMENT

Judgment shall enter in favor of Plaintiff Lumus Construction, Inc. against Defendant Atlas Steel Structures, LLC, in the amount of $64,322.94 plus statutory interest (from 4/15/05 – date of filing of the Complaint) in the amount of $4,052.35, plus costs in the amount of $250.00, for a total judgment amount of $68,625.29, plus 12% statutory interest computed from the date of judgment until paid.

ENTER:

Mary M. Lisi
Lisi, J.

PER ORDER OF:

Barbara Barletta
Clerk

Dated: 10/25/05

Presented by:

Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500